IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2015-CV-_____

CRAIG STEWART AND ROY STEWART, CHILDREN OF THE DECEDENT, PATRICIA RANCE

    Plaintiffs,

v.

HAVEN BEHAVIORAL SERVICES OF DENVER, LLC, and
VIBRA HOSPITAL OF DENVER, LLC
    Defendants.

---

## NOTICE OF REMOVAL

---

Defendant Vibra Hospital (incorrectly named in Plaintiffs' First Amended Complaint as Vibra Hospital of Denver, LLC), through its counsel, S. Jane Mitchell, of Hall & Evans, LLC, gives Notice of Removal pursuant to 28 U.S.C. §1332 *et.seq.*, 28 U.S.C. §1441 *et.seq.*, and 28 U.S.C. §1446 *et.seq.*, and states:

1. This matter is currently pending in the District Court for Adams County, Colorado, under case number 2015CV31189. [Plaintiffs' First Amended Complaint, attached as Exhibit E and Adams County District Court file documents, attached as Exhibits A through I].

2. According to the allegations in the First Amended Complaint, Patricia Rance was Plaintiffs' mother and was a patient at a facility. Plaintiffs assert that Defendants Haven Behavioral Services of Denver, LLC and Vibra Hospital were landowners of the facility; that Mrs. Rance was assaulted by another patient at the facility, sustaining injuries; and that Mrs.

Rance died as a result of those injuries. Plaintiffs assert a premises liability claim. [*See generally*, Exhibit E]

3. According to the First Amended Complaint, Mrs. Rance died as the result of Defendants' actions and Plaintiffs sustained damages for emotional distress, funeral and burial expenses, as well as costs and interest. [Exhibit E, ¶¶ 14, 23, "Wherefore" paragraph] According to C.R.S. 13-64-302, Plaintiffs may be awarded $300,000.00 for non-economic damages. Further, in the District Court Civil Case Cover Sheet filed in Adams County, Plaintiffs state that a monetary judgment over $100,000 is sought. [Exhibit B, p. 2]. Accordingly, the amount in controversy is in excess of the jurisdictional limit.

4. Plaintiffs' First Amended Complaint was served on Defendant Vibra Hospital on August 28, 2015. [Exhibit F]

5. According to the allegations of the First Amended Complaint, Plaintiffs are residents of Colorado. [Exhibit E, ¶1].

6. Defendant Vibra Hospital is a foreign corporation (8451 Pearl Street Operating Company, LLC d/b/a Vibra Hospital) incorporated in Delaware. [Exhibit E, ¶3; Exhibit J]. None of the members of 8451 Pearl Street Operating Company, LLC d/b/a Vibra Hospital are residents of Colorado.

7. Defendant Haven Behavioral Services of Denver, LLC is a foreign corporation incorporated in Delaware. [Exhibit K]. None of the members of Haven Behavioral Services of Denver, LLC are residents of Colorado.

8. Defendant Haven Behavioral Services of Denver, LLC consents to removal of the action.

9. The ground for removal of this matter is diversity of citizenship between the parties, pursuant to 28 U.S.C. §1332.

10. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed with the District Court for Adams County and Plaintiffs are being served with a copy of this Notice of Removal. [Exhibit L]

WHEREFORE, Defendant Vibra Hospital requests the removal of this case from the District Court for Adams County, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Dated this 25th day of September, 2015.

By s/ S. Jane Mitchell
S. Jane Mitchell
HALL & EVANS, L.L.C.
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 628-3300
*Attorney for Defendant Vibra Hospital*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 25th day of September, 2015, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Randall J. Paulsen
Paulsen & Armitage, LLC
8704 Yates Drive, Suite 100
Westminster, CO  80031
randy@armitagelaw.com

Kara Rosenthal
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado  80202
rosenthal@wtotrial.com

s/ Susan C. Lowery

*[Original signatures on file at the offices of Hall & Evans, L.L.C.]*

4